■ DELORES HOLZMAN, as Administratrix of the Estate of ALLAN T. HOLZMAN, Deceased, Plaintiff, v. BUFFALO ELECTRIC Co., INC., et al., Defendants. BUFFALO ELECTRLO Co., INC., Third-Party Plaintiff-Respondent, v. WALLACE & TIERNAN, INCORPORATED, Third-Party Defendant-Appellant.— Same decision and like cause of action as in companion case of Putvin v. Buffalo Elec. Co. (3 A D 2d 805). Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD T. WILEY, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Cayuga County Court convicting defendant of the crime of grand larceny first degree.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ KATHARINE D. BULLOCK, Respondent, v. STEINMIL REALTY, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiff in an injunction action and for specific performance of a restrictive covenant.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [1 Misc 2d 46.]

■ NELLIE M. KALABRY, Appellant, v. GEORGE M. KALABRY, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Equity Term adjudging that plaintiff is not entitled to a separation and dismissing the complaint in an action for separation.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ WILLIAM C. SPEICH et al., Respondents, and CARL KUMPF, JR., Appellant, v. JAMES H. HEWITT, Appellant-Respondent, and CARL KUMPF, JR., Appellant.— Judgments and order affirmed, with costs. All concur. (Appeals from five judgments and an order in consolidated automobile negligence actions at Erie Trial Term; four judgments for plaintiffs against defendants Hewitt and Kumpf, and one judgment in the action for Kumpf against Hewitt for no cause of action. The order denied motions for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ VERA PIZZICATO, Appellant, v. ROBERT J. UPSON, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Plaintiff's automobile, while standing at an intersection waiting for the traffic signal to change to proceed, was struck from the rear by defendant's car. Defendant rested at the close of plaintiff's evidence. The only explanation as to the cause of the collision is a statement purportedly made to plaintiff by the defendant following the collision to the effect that his brakes failed to function properly. Absent any showing of the cause of the brake failure or a showing what, if any, care defendant exercised to keep his car in a safe and proper operating condition, we feel the court erred in granting a nonsuit dismissing the complaint. Defendant's contention that to hold otherwise than the trial court did would be to impose liability without fault, in our opinion, is without merit. (See Alongi v. Beuter, 286 App. Div. 990.) All concur. (Appeal from a judgment of Monroe County Court dismissing the complaint in an automobile negligence action on motion by defendant at the close of plaintiff's case.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.